THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIO C. BORRELL, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted December 15, 2014; decided January 20, 2015

Motion for reconsideration denied [*see* 19 NY3d 991 (2012)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted December 15, 2014; decided January 20, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies from an order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

ARTHUR E. RONDEAU, Appellant, v ALLAN HOUSTON et al., Respondents.

ARTHUR E. RONDEAU, Appellant, v NEW YORK KNICKERBOCKERS et al., Respondents

Submitted December 8, 2014; decided January 20, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 999 (2014)].